# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA           )   CASE NUMBER  08CR2415W
                                   )
                vs                 )   ABSTRACT OF ORDER
                                   )
Juan Ruben Prieto-                 )   Booking No.  10129298
Aparicio                           )
                                   )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 8-14-08 _____

the Court entered the following order:

__X__ Defendant be released from custody.  (ON THIS CASE ONLY)

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
      and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other.  NEW CASE ATTACHED.

Received _____
          DUSM

UNITED STATES MAGISTRATE JUDGE
                 OR
W. SAMUEL HAMRICK, JR.  Clerk
by
       _____
              Deputy Clerk

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY