UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
2008 AUG 19 AM 8:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA, ) CASE NO. 08CR2415-W
        Plaintiff, )
vs. ) **JUDGMENT OF DISMISSAL**
Juan Ruben Prieto-Aparicio, )
        Defendant. )

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense of: 8 USC 1326(a) and (b).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/14/08

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgement of dismissal
Judgement and Commitment on 8/18/08
United States Marshal
By: _____
USMS Criminal Section